UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAJUN CONTI, LLC,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>STARR SURPLUS LINES INSURANCE CO.,<br><br>                    Defendant. | 23 Civ. 8844 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 9, 2024, the Court stayed discovery in this action, pending the outcome of the parties' motions for partial summary judgment. (*See* April 9, 2024 Minute Entry). Accordingly, the pre-trial conference scheduled for September 4, 2024, is hereby ADJOURNED *sine die*, pending outcome of the parties' motions.

    SO ORDERED.

Dated:  September 3, 2024
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge